Michael J. BERTANZETTI, Appellant,

v.

PENNSYLVANIA RAILROAD COM-
PANY, a Corporation.

No. 13171.

United States Court of Appeals
Third Circuit.

Argued May 12, 1960.

Decided May 17, 1960.

Hymen Schlesinger, Pittsburgh, Pa.,
for appellant.

Bruce R. Martin, Pittsburgh, Pa.
(Pringle, Bredin & Martin, Pittsburgh,
Pa., on the brief), for appellee.

Before GOODRICH, McLAUGHLIN
and STALEY, Circuit Judges.

PER CURIAM.

Although the plaintiff in this case has
recovered a judgment in the District
Court for the Western District of Penn-
sylvania, he appeals alleging error by
the trial court in the rejection of two
hospital reports. We do not deem it
necessary in this case to go into a dis-
cussion of admissibility of hospital re-
ports in evidence. That has been done
by this Court before and doubtless will
be up again. The rejection of one of the
reports by the trial judge was because
the physician who examined the plaintiff
was a witness at the trial and had been
examined and cross-examined by counsel
for the respective parties. The report,
the trial judge thought, could add noth-
ing to what had already been brought out
by the physician's testimony.

The second report had to do with out-
patient treatment of the plaintiff at a
hospital long after the surgeon who had
treated him at the time of the accident
had ceased to have anything to do with
the plaintiff's case. The report was,
therefore, irrelevant in the view of the
trial judge.

■■ We see no basis for overruling
the exercise of discretion made by the
trial court in this case. The judgment
will be affirmed.

The motion by the appellant to strike
certain portions of the appellee's brief
is denied.